IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AARON PFLUEGER,

        Plaintiff,

vs.

CREDIT BUREAU SERVICES, INC., and
AMANDA BARRON,

        Defendants.

**4:17CV3092**

**ORDER**

Plaintiff filed a Motion for Leave to Amend his Complaint. (Filing No. 26.) However, rather than filing the proposed amended complaint as an attachment to the motion, Plaintiff filed it as a separate document. (Filing No. 28.)

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall amend the docket sheet to reflect that the amended complaint (Filing No. 28) is an attachment to the Motion for Leave (Filing No. 26).

Dated this 16th day of March, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge